IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA NEIDIGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 3:13-cv-02510-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 6, 7, 12, 13, 15, 16 |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Anita Neidigh and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Anita Neidigh disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to develop the record fully, conduct a new

administrative hearing, and appropriately evaluate the evidence in accordance with the accompanying memorandum; and,

3. The Clerk of Court shall close this case.

Dated: May 5, 2015                     *s/Gerald B. Cohn*
                                       GERALD B. COHN
                                       UNITED STATES MAGISTRATE JUDGE